STATE OF NEW JERSEY v. JAMES CROOMS.

October 26, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN ROBERT REDDIN.

October 26, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. CLYDE CARNEY.

October 26, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. LOUIS BATTLE, JR.

October 26, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD SOMERVILLE.

October 26, 1982.

Petition for certification denied.